CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 21 2004

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM ROBERT SUITS, | ) |
| Plaintiff, | ) Civil Action No. 7:04-CV-0069 |
| v. | ) **DISMISSAL ORDER** |
| R.J. REYNOLDS TOBACCO HOLDINGS, INC., et al., | ) |
| Defendants. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

By Order entered April 19, 2004, plaintiff was cautioned that if he failed to obtain counsel within thirty days, this case would be dismissed. Plaintiff has neither advised the court that he has obtained new counsel nor requested an extension of time to do so. Accordingly, it is hereby

ORDERED

that this case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff, through counsel, may move for reconsideration of this order within thirty days of its entry.

The Clerk of Court is directed to send a copy of this Order to plaintiff and to all counsel of record.

ENTER: This 21st day of May, 2004.

_____
United States District Judge